UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

NORTH EAST INSURANCE COMPANY
a/s/o SQUARE PLAZA I CONDOMINIUM and
COMMUNITY PLAZA CONDOMINIUM,



CIV. No.

        Plaintiffs,

      -against-

ROLLING ACRES DEVELOPERS, INC.,

        Defendant.

**<u>Rule 7.1 Statement</u>**

------------------------------------------------------------ X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to

enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for NORTH EAST INSURANCE COMPANY (a private non-

governmental party) certifies that the following are corporate parents, affiliates and/or

subsidiaries of said party, which are publicly held:

Preserver Insurance Company

Mountain Valley Indemnity Company

**Date:** 12 7 07

                                 **Signature of Attorney**

                         **Attorney Bar Code: VD-1424**