# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

FILE NO.: 0710659  
FILED ON: 12/7/2007   CASE NO.: 07 CV 11107

NORTHEAST INSURANCE COMPANY, SQUARE PLAZA I CONDOMINIUM, COMMUNITY PLAZA CONDOMINIUM     Plaintiff(s)-Petitioner(s)

-vs-

ROLLING ACRES DEVELOPERS, INC.     Defendant(s)-Respondent(s)

STATE OF NEW YORK}  
COUNTY OF SCHENECTADY ss.}

I, Mark E. McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years, is not a party in this proceeding and resides in New York State.

On DECEMBER 20, 2007 at 12:05 P.M.  
Deponent served a true copy of SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT, RULE 7.1 STATEMENT, INDIVIDUAL PRACTICES OF JUDGE ROBERT W. SWEET, CONSENT TO PROCEED BEFORE BEFORE UNITED STATES MAGISTRATE JUDGE, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, GUIDELINES FOR ELECTRONIC CASE FILING, PROCEDURES FOR ELECTRONIC CASE FILING, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MAAS, CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE  
bearing index number: 07 CV 11109 and date of filing: 12/7/2007  
upon **ROLLING ACRES DEVELOPERS, INC.**  
at address: **SECRETARY OF STATE, 41 STATE STREET**  
City & State: **ALBANY, NY 12207**

## MANNER OF SERVICE}

**PERSONAL**  
☐ By delivering to and leaving with personally} known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

**SUITABLE AGE PERSON**  
☐ By delivering and leaving with personally} at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

**AUTHORIZED AGENT**  
☒ By delivering and leaving with} **DONNA CHRISTIE** the agent for service on the person in this proceeding designated under Rule 306 BCL. Service having been made to such person at the place, date and time above.

**AFFIXING TO DOOR, ETC.**  
☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

**MAILING**  
☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address on . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by __first class mail __certified mail __registered mail __return receipt requested.

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or the United States as the term is defined in either State or Federal statutes.

DESCRIPTION} deponent describes the person actually served as:  
Sex: FEMALE   Race/Skin Color: WHITE   Hair Color: BLONDE  
Approximate Age: 47 years   Approximate Height: 5'4"   Approximate Weight: 140 pounds  
Other:

Subscribed and sworn before me on} DECEMBER 20, 2007

Attorney Info:

Karen E. Rock #01R06065213  
Notary Public, State of New York  
Qualified in Schenectady County  
Commission Expires: 10/09/2009

Kathryn A. Rock-McClosky  
Commissioner of Deeds  
Qualified in Schednectady County  
Commission Expires: 08/27/2004

Mark E. McClosky  
Deponent

affidavit number: **200773760**

FIRM FILE #20175

20175