UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
4444444444444444444444444444444444

| | |
|---|---|
| **NORTH EAST INSURANCE COMPANY a/s/o SQUARE PLAZA I CONDOMINIUM and COMMUNITY PLAZA CONDOMINIUM.** | CIV No. 07 CV 11107 (rws) |
| | ECF Case |
| Plaintiffs, | Name of Assigned Judge: Judge Robert W. Sweet |
| -*against*- | |
| **ROLLING ACRES DEVELOPERS, INC.,** | *Rule 7.1 Statement* |
| Defendant. | |

4444444444444444444444444444444444

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ROLLING ACRES DEVELOPERS, INC. (a private nongovernmental party) certifies that there is no parent corporation, affiliates, subsidiaries and/or any publicly held corporation owning 10% or more of its stock of said party.

Dated: Suffern, New York
       March 11, 2008

                                      /s/ Julian Alan Schulman
                                      Julian Alan Schulman (JS1402)
                                      **SCHULMAN, KISSEL & KEENE, P.C.**
                                      Attorney for Defendant
                                      One Executive Boulevard, Suite 202
                                      Suffern NY 10901-4157
                                      (845) 368-0104
                                      jschulman@suffernlaw.com