AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    NEW YORK

## APPEARANCE

Case Number:  1:07-cv-11107

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ROLLING ACRES DEVELOPERS, INC.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/11/2008 | |
| Date | Signature |
| | JULIAN ALAN SCHULMAN                    JS1402 |
| | Print Name                    Bar Number |
| | One Executive Boulevard, Suite 202 |
| | Address |
| | Suffern          NY          10901 |
| | City          State          Zip Code |
| | (845) 368-0104          (845) 368-0168 |
| | Phone Number          Fax Number |