## SCHULMAN, KISSEL & KEENE, P.C.
(NY & NJ BARS)

ONE EXECUTIVE BLVD., SUITE 202
SUFFERN, NEW YORK 10901-4175
TELEPHONE (845) 368-0104
FACSIMILE (845) 368-0168

JULIAN ALAN SCHULMAN
MARC I. KISSEL
SUSAN KEENE

JOSEPH J. SEPERAC

WRITER'S DIRECT LINE:
(845) 368-3835 EXT 231

WRITER'S EMAIL:
jschulman@suffernlaw.com

NEW JERSEY OFFICE:

10 S. FRANKLIN TURNPIKE, SUITE 105
RAMSEY, NEW JERSEY 07446
TELEPHONE (201) 785-1100
FACSIMILE (201) 785-1158

OF COUNSEL:
ELIZABETH BALSAMO DISTEFANO
(NY BAR)

February 20, 2008

RECEIVED FEB 20 2008 JUDGE SWEET CHAMBERS

**BY FACSIMILE TO (212) 805-7925 – two (2) pages**

Hon. Robert W. Sweet
United States District Judge
United States Courthouse
500 Pearl St., Room 1920
Courtroom: 18C
New York, NY 10007

USDC...
DOCU...
ELECTRONICALLY FILED
DOC #:
DATE: 2/29/08

So ordered
Sweet U.S.D.J
2-27-08

Re:  North East Insurance Company, *et al* vs. Rolling Acres Developers, LLC
     Index Number: 07-CV-11107

Dear Judge Sweet:

I represent Rolling Acres Developers, LLC. I spoke today with Mr. Tsz Chan who advised that I send a facsimile to the court regarding the following two matters:

1. I respectfully request a three week extension to March 11, 2008 to answer or move with respect to the complaint. The plaintiff's attorney has consented to this extension of time.

2. I respectfully request that this case be assigned to the White Plains vicinage pursuant to Rule 21(a)(I) of the Rules For The Division Of Business Among District Judges.[1] According to Rule 21(a)(I), a civil case shall be designated for assignment to White Plains if the claim arose in whole or in major part in the Counties of Dutchess, Orange, Putnam, Rockland, Sullivan and Westchester (the "Northern Counties") and at least one of the parties resides in the Northern Counties. Here, the claim arose out of a fire in Rockland County and the defendant is in Rockland County.

---

[1] Local Rules of the United States District Courts for the Southern and Eastern Districts of New York Effective April 15, 1997 includes Amendments through May 18, 2007

## SCHULMAN, KISSEL & KEENE, P.C.
(NY & NJ BARS)

ONE EXECUTIVE BLVD., SUITE 202
SUFFERN, NEW YORK 10901-4175
TELEPHONE (845) 368-0104
FACSIMILE (845) 368-0168

JULIAN ALAN SCHULMAN
MARC I. KISSEL
SUSAN KEENE

JOSEPH J. SEPERAC

WRITER'S DIRECT LINE:
(845) 368-3835 EXT 231

WRITER'S EMAIL:
jschulman@suffernlaw.com

NEW JERSEY OFFICE:

10 S. FRANKLIN TURNPIKE, SUITE 105
RAMSEY, NEW JERSEY 07446
TELEPHONE (201) 785-1100
FACSIMILE (201) 785-1158

OF COUNSEL:
ELIZABETH BALSAMO DiSTEFANO
(NY BAR)

February 20, 2008

[RECEIVED FEB 2 0 2008 JUDGE SWEET CHAMBERS]

**BY FACSIMILE TO (212) 805-7925 – two (2) pages**

Hon. Robert W. Sweet
United States District Judge
United States Courthouse
500 Pearl St., Room 1920
Courtroom: 18C
New York, NY 10007

[USDC ...
DOCU...
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/29/08]

So ordered
Sweet USDJ
2-27-08

Re:   North East Insurance Company, et al vs. Rolling Acres Developers, LLC
      Index Number: 07-CV-11107

Dear Judge Sweet:

I represent Rolling Acres Developers, LLC. I spoke today with Mr. Tsz Chan who advised that I send a facsimile to the court regarding the following two matters:

1. I respectfully request a three week extension to March 11, 2008 to answer or move with respect to the complaint. The plaintiff's attorney has consented to this extension of time.

2. I respectfully request that this case be assigned to the White Plains vicinage pursuant to Rule 21(a)(I) of the Rules For The Division Of Business Among District Judges.[1] According to Rule 21(a)(I), a civil case shall be designated for assignment to White Plains if the claim arose in whole or in major part in the Counties of Dutchess, Orange, Putnam, Rockland, Sullivan and Westchester (the "Northern Counties") and at least one of the parties resides in the Northern Counties. Here, the claim arose out of a fire in Rockland County and the defendant is in Rockland County.

---

[1] Local Rules of the United States District Courts for the Southern and Eastern Districts of New York Effective April 15, 1997 includes Amendments through May 18, 2007

February 20, 2008
Hon. Robert W. Sweet
500 Pearl St., Room 1920
New York, NY 10007

Respectfully yours,

Julian Alan Schulman

JAS:pc
cc:   Virginia M. Markovich, Esq., by facsimile to (212) 805-3939