UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**NORTH EAST INSURANCE COMPANY a/s/o SQUARE PLAZA I CONDOMINIUM and COMMUNITY PLAZA CONDOMINIUM.**

    Plaintiffs,

-*against*-

**ROLLING ACRES DEVELOPERS, INC.,**

    Defendant.

CIV No. 07 CV 11107

ECF Case

Name of Assigned Judge:
Judge Robert W. Sweet

*AFFIDAVIT OF SERVICE*

---

STATE OF NEW YORK    )
                               ) SS:
COUNTY OF ROCKLAND   )

    **KIM A. DUBIN**, being duly sworn, deposes and says:

    1. I am not a party to the action, am over 18 years of age, and reside in New York State.

    2. On March 11, 2008, I served a copy of defendant's Rule 7.1 statement and answer by transmitting a copy by facsimile to the telephone number listed below, and to the following person by depositing a true copy of it enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

TO:    CLAUSON MILLER, P.C.
        Attorney for Plaintiff
        One Chase Manhattan Plaza
        New York NY 10005
        Telephone: (212) 805-3900
        Facsimile: (212) 805-3939

                                            _____
                                            **KIM A. DUBIN**

Sworn to before me on
March 11, 2008

_____
Notary Public

                                     JOSEPH SEPERAC
                              Notary Public, State of New York
                                    No. 01SE6113936
                              Qualified in Orange County
                           Commission Expires August 9, 2008