AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

NORTH EAST INSURANCE COMPANY
a/s/o SQUARE PLAZA I CONDOMINIUM and
COMMUNITY PLAZA CONDOMINIUM,

-vs-

ROLLING ACRES DEVELOPERS, INC.

**APPEARANCE**

Case Number: 7:07-cv-11107

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

NORTH EAST INSURANCE COMPANY
a/s/o SQUARE PLAZA I CONDOMINIUM and
COMMUNITY PLAZA CONDOMINIUM

I certify that I am admitted to practice in this court.

JUNE 13, 2008
Date

Signature

VIRGINIA M. MARKOVICH
Print Name                                  Bar Number

One Chase Manhattan Plaza, 39th Floor
Address

New York        New York        10005
City            State           Zip Code

(212) 805-3900          (212) 805-3939
Phone Number            Fax Number